No. 10-5141. Alonso Flores Salas, Petitioner v. United States.

562 U.S. 906, 131 S. Ct. 249, 178 L. Ed. 2d 164, 2010 U.S. LEXIS 6859.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 372 Fed. Appx. 355.